USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/2/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICKA MICHAL, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

VIA TRANSPORTATION INC.,

Defendant.

25 Civ. 3692 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **September 16, 2026**, the parties shall file a joint letter stating whether the discovery dispute, *see* ECF No. 47, has been resolved, given the parties' meet and confer scheduled for August 25, 2026, *see* ECF No. 48.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ANALISA TORRES
United States District Judge